# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

In re: HINZE, DALE A.  § Case No. 11-21311
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

GARY A. BARNEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $442,751.99 *(without deducting any secured claims)* | Assets Exempt: $11,725.00 |
| Total Distribution to Claimants: $2,251.81 | Claims Discharged Without Payment: $19,575,905.01 |
| Total Expenses of Administration: $1,157.56 | |

3) Total gross receipts of $ 3,409.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,409.37 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,350,713.07 | $421,628.54 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,157.56 | 1,157.56 | 1,157.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,021,628.10 | 3,508,438.61 | 3,046,524.65 | 2,251.81 |
| **TOTAL DISBURSEMENTS** | $22,372,341.17 | $3,931,224.71 | $3,047,682.21 | $3,409.37 |

4) This case was originally filed under Chapter 7 on December 09, 2011. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/12/2013   By: /s/GARY A. BARNEY
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO | 1129-000 | 402.50 |
| FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBB | 1129-000 | 422.50 |
| FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBB | 1129-000 | 150.00 |
| OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TA | 1124-000 | 2,151.18 |
| NON EXEMPT WAGES | 1229-000 | 283.19 |
| **TOTAL GROSS RECEIPTS** | | **$3,409.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | JOHN C. WAY | 4210-000 | N/A | 16,077.76 | 0.00 | 0.00 |
| 8 | C. ROGER BAXTER | 4210-000 | N/A | 16,077.76 | 0.00 | 0.00 |
| 9S | US BANK NA DBA US BANK EQUIPMENT FINANCE | 4210-000 | N/A | 34,330.00 | 0.00 | 0.00 |
| 15 | PINNACLE BANK | 4110-000 | N/A | 177,571.51 | 0.00 | 0.00 |
| 15 -2 | PINNACLE BANK | 4110-000 | 1,172,300.00 | 177,571.51 | 0.00 | 0.00 |
| NOTFILED | Pinnacle Bank | 4110-000 | 178,413.07 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,350,713.07** | **$421,628.54** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GARY A. BARNEY | 2100-000 | N/A | 852.34 | 852.34 | 852.34 |
| GARY A. BARNEY | 2200-000 | N/A | 205.22 | 205.22 | 205.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,157.56 | $1,157.56 | $1,157.56 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AXIS CAPITAL, INC. | 7100-000 | 71,486.00 | 67,828.45 | 67,828.45 | 50.14 |
| 2 | WELLS FARGO EQUIPMENT FINANCE, INC. | 7100-000 | 455,000.00 | 461,913.96 | 0.00 | 0.00 |
| 3 | WELLS FARGO BANK, N.A. | 7100-000 | 200,000.00 | 201,590.80 | 201,590.80 | 149.00 |
| 4 | WELLS FARGO BANK, N.A. | 7100-000 | 99,315.46 | 99,315.00 | 99,315.00 | 73.41 |
| 5 | EXXONMOBIL OIL CORPORATION | 7100-000 | 1,128,361.00 | 1,128,361.00 | 1,128,361.00 | 834.02 |
| 6 | CHS, INC. | 7100-000 | 1,561,724.00 | 1,250,600.57 | 1,250,600.57 | 924.37 |
| 9U | US BANK NA DBA US BANK EQUIPMENT FINANCE | 7100-000 | 150,000.00 | 107,882.23 | 107,882.23 | 79.74 |
| 10 | YAHOOZEZ, INC. | 7100-000 | 652,313.00 | 9,922.09 | 9,922.09 | 7.33 |
| 11 | LIPCO | 7100-000 | 685.47 | 699.16 | 699.16 | 0.52 |
| 12 | ALSCO INC. | 7100-000 | 873.00 | 1,324.63 | 1,324.63 | 0.98 |
| 13 | CAT COMMERCIAL ACCT | 7100-000 | 22,500.00 | 22,989.59 | 22,989.59 | 16.99 |
| 14 | EQUITABLE OIL PURCHASING | 7100-000 | 147,738.00 | 156,011.13 | 156,011.13 | 115.31 |
| NOTFILED | Polar Service Centers | 7100-000 | 10,033.00 | N/A | N/A | 0.00 |
| NOTFILED | Peterbuilt Of Wyoming | 7100-000 | 2,918.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoplenet | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Peterbilt Of Montana | 7100-000 | 395.82 | N/A | N/A | 0.00 |
| NOTFILED | Polaris Acceptance | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rocky Mountain Snacks | 7100-000 | 1,559.47 | N/A | N/A | 0.00 |
| NOTFILED | Qwest | 7100-000 | 460.44 | N/A | N/A | 0.00 |
| NOTFILED | Sapp Brothers | 7100-000 | 84,995.00 | N/A | N/A | 0.00 |
| NOTFILED | Alan C. Bryan Crowley Fleck, PLLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | S&P Brake | 7100-000 | 78,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rimrock Tire | 7100-000 | 12,412.00 | N/A | N/A | 0.00 |
| NOTFILED | Pectin Funding/JP Morgan Chase | 7100-000 | 1,347,821.57 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Batteries | 7100-000 | 214.14 | N/A | N/A | 0.00 |
| NOTFILED | Key Equipment Finance, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kneco Security & Technology | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| NOTFILED | Kersten Traller | 7100-000 | 259.04 | N/A | N/A | 0.00 |
| NOTFILED | NW Fuel Systems Billing | 7100-000 | 587.83 | N/A | N/A | 0.00 |
| NOTFILED | Jules & Associates | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Interstate Power Systems, Inc. | 7100-000 | 2,700.22 | N/A | N/A | 0.00 |
| NOTFILED | Outside Networks | 7100-000 | 6,308.00 | N/A | N/A | 0.00 |
| NOTFILED | J.H. Kaspar Oil Company | 7100-000 | 4,847.69 | N/A | N/A | 0.00 |
| NOTFILED | I-State Truck Center | 7100-000 | 24,654.32 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Brands/Sweethe | 7100-000 | 206.44 | N/A | N/A | 0.00 |
| NOTFILED | Pacific Capital Bank NA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sapp Brothers | 7100-000 | 1,624,049.00 | N/A | N/A | 0.00 |
| NOTFILED | Stanley Sanitation | 7100-000 | 1,840.00 | N/A | N/A | 0.00 |
| NOTFILED | Tractor & Equipment Co | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 99,315.00 | N/A | N/A | 0.00 |
| NOTFILED | Torrington Beverage, Inc. | 7100-000 | 49.55 | N/A | N/A | 0.00 |
| NOTFILED | Western Environmental Service | 7100-000 | 2,086.25 | N/A | N/A | 0.00 |
| NOTFILED | Tire Rama | 7100-000 | 1,671.00 | N/A | N/A | 0.00 |
| NOTFILED | Wholesale Bait Co. | 7100-000 | 526.55 | N/A | N/A | 0.00 |
| NOTFILED | Whitaker Oil | 7100-000 | 18,557.31 | N/A | N/A | 0.00 |
| NOTFILED | Wyoming Machinery Company | 7100-000 | 79,518.00 | N/A | N/A | 0.00 |
| NOTFILED | Wyoming Refining | 7100-000 | 666,405.92 | N/A | N/A | 0.00 |
| NOTFILED | Wingfoot - Casper | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tiger Peg Capital | 7100-000 | 9,000,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wild West Munchies | 7100-000 | 2,543.15 | N/A | N/A | 0.00 |
| NOTFILED | The Office Shop | 7100-000 | 485.65 | N/A | N/A | 0.00 |
| NOTFILED | Source Gas | 7100-000 | 1,040.79 | N/A | N/A | 0.00 |
| NOTFILED | Andrew J. Petrie Featherstone Petrie DeSisto, | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Slafter Oil | 7100-000 | 11,627.18 | N/A | N/A | 0.00 |
| NOTFILED | Stoval Beverage | 7100-000 | 184.00 | N/A | N/A | 0.00 |
| NOTFILED | Shoshone Distributing | 7100-000 | 579.00 | N/A | N/A | 0.00 |
| NOTFILED | T Financial Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Suncor Gordon & Rees, LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Telvent DTN | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Terminix Of Wyoming | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | TCH OP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alan C. Bryan Crowley Fleck, PLLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TCF Equipment Finance Inc. | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gordons Oil | 7100-000 | 34,964.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| NOTFILED | Association Benefit Program/PMA Gerald L. Lukton | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 853.04 | N/A | N/A | 0.00 |
| NOTFILED | Ameriquest | 7100-000 | 49,703.00 | N/A | N/A | 0.00 |
| NOTFILED | Big D Oil Company | 7100-000 | 53,448.00 | N/A | N/A | 0.00 |
| NOTFILED | American Linen/ALSCO | 7100-000 | 370.51 | N/A | N/A | 0.00 |
| NOTFILED | Big Horn Tire | 7100-000 | 22,143.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephen L. Simonton, Esq. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital Premium Financing | 7100-000 | 779.58 | N/A | N/A | 0.00 |
| NOTFILED | Carquest Auto Parts | 7100-000 | 92.36 | N/A | N/A | 0.00 |
| NOTFILED | Boyds Coffee | 7100-000 | 3,234.34 | N/A | N/A | 0.00 |
| NOTFILED | Amcon Distributing | 7100-000 | 90,073.00 | N/A | N/A | 0.00 |
| NOTFILED | Bloedorn Lumber | 7100-000 | 11,888.76 | N/A | N/A | 0.00 |
| NOTFILED | AFLAC World Wide Headquarters | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CDW Direct, Inc. | 7100-000 | 615.61 | N/A | N/A | 0.00 |
| NOTFILED | Celtic Leasing Corp. | 7100-000 | 73,836.00 | N/A | N/A | 0.00 |
| NOTFILED | Financial Pacific Leasing, LLC | 7100-000 | 82,798.00 | N/A | N/A | 0.00 |
| NOTFILED | Freemont Beverages, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | P. Craig Silva, Esq. Williams Porter Day & | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fremont Beverages, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Eagle Uniform Supply | 7100-000 | 453.87 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Frontier Oil & Refining | 7100-000 | 652,313.00 | N/A | N/A | 0.00 |
| NOTFILED | Granite Leasing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Grizzly Maintenance Service | 7100-000 | 6,826.00 | N/A | N/A | 0.00 |
| NOTFILED | Gramp's Gaming | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Of Cody Printing | 7100-000 | 501.28 | N/A | N/A | 0.00 |
| NOTFILED | E.A. Sween | 7100-000 | 3,485.47 | N/A | N/A | 0.00 |
| NOTFILED | Coca-Cola Bottling | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cold Front Distribution | 7100-000 | 478.00 | N/A | N/A | 0.00 |
| NOTFILED | CN Funding LLC | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cooper Welding | 7100-000 | 5,197.25 | N/A | N/A | 0.00 |
| NOTFILED | John A. Coppede Hickey & Evans, LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dats Trucking/Overland | 7100-000 | 1,393,597.00 | N/A | N/A | 0.00 |
| NOTFILED | Craig Distributing | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Decker Auto Glass/Wesglass, Inc. | 7100-000 | 599.95 | N/A | N/A | 0.00 |
| NOTFILED | Dultmeier Sales, LLC | 7100-000 | 870.82 | N/A | N/A | 0.00 |
| NOTFILED | De Lage Landen Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hermes/Wyoming Refinery | 7100-000 | 666,405.00 | N/A | N/A | 0.00 |
| NOTFILED | Timothy Stubson, Esq. | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$21,021,628.10** | **$3,508,438.61** | **$3,046,524.65** | **$2,251.81** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-21311  
**Case Name:** HINZE, DALE A.  

**Trustee:** (670200) GARY A. BARNEY  
**Filed (f) or Converted (c):** 12/09/11 (f)  
**§341(a) Meeting Date:** 01/11/12  

**Period Ending:** 09/12/13  
**Claims Bar Date:** 03/11/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 80 CASPER DRIVE, CODY, WY 82414, ENTIRETY<br>Orig. Asset Memo: Orig. Description: 80 Casper Drive, Cody, WY 82414, Entirety; Imported from original petition Doc# 1 | 331,026.00 | 0.00 | | 0.00 | FA |
| 2 | YCHESAPEAKE<br>Orig. Asset Memo: Orig. Description: yChesapeake; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 3 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C<br>Orig. Asset Memo: Orig. Description: Fidelity Investments Acct #xxx-xx5068; Imported from original petition Doc# 1 | 0.99 | 0.00 | | 0.00 | FA |
| 4 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C<br>Orig. Asset Memo: Orig. Description: Fintegra Financial Solutions Acct. #xxx-xx2894 in banks, savings and loan,; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C<br>Orig. Asset Memo: Orig. Description: Sunlight Federal Credit Union Checking Acct. #xxxx0069 associations, or credit brokerage houses, or; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO<br>Orig. Asset Memo: Orig. Description: TV/Entertainment Center $300.00 VCR Movies $0.00 Gandy Pool Table/Cue Rack $2,250.00 Electronic Dart Board $50.00 5 Bar Stools ($15 each) $75.00 Bar TV $0.00 Couch/Love Seat $150.00 3 Tables ($20 each) $60.00 3 Lamps (1 floor, 2 table) $25.00 Leather Recliner $120.00 2 TVs $0.00 Bookshelves ($25 each) $50.00 Daybed $100.00 Recliner $90.00 $0.00 Storage Cabinets - Set of 3 Craftsman $150.00 folding chairs ($5 each) $10.00 Seats $5.00 $0.00 & Loveseat | 2,415.00 | 402.50 | | 402.50 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-21311  
**Case Name:** HINZE, DALE A.  

**Trustee:** (670200) GARY A. BARNEY  
**Filed (f) or Converted (c):** 12/09/11 (f)  
**§341(a) Meeting Date:** 01/11/12  

**Period Ending:** 09/12/13  
**Claims Bar Date:** 03/11/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| $150 Leather Recliner $120 Tables $60.00 ($20.00 ea) Lamps $25.00 Small tea cup hutch $100.00 $50.00 Wood Bench $100.00 Bar Stools $20.00 ($10.00 ea) Table w/ 4 Chairs $200.00 Coffee Server $10.00 1 Small Dresser $50.00 1 Double Bed $50.00 1 Pole Lamp $5.00 1 Day Bed $100.00 1 Night Stand w/ Lamp $30.00 1 King Bed w/ Headboard $200.00 2 Night Stands w/ Lamps $75.00 1 Cedar Chest $25.00 Women's Clothing $25.00 TOTAL JOINT VALUE = $4830.00 Dale's 1/2 value = $2,415.00; Imported from original petition Doc# 1 | | | | | |
| 7  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES,<br>Orig. Asset Memo: Orig. Description: 2 Prints $25.00; Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 8  WEARING APPAREL.<br>Orig. Asset Memo: Orig. Description: General Wearing Apparel; Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 9  FURS AND JEWELRY.<br>Orig. Asset Memo: Orig. Description: Wedding Ring OBA; Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 10  FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBB<br>Orig. Asset Memo: Orig. Description: Craftsman YS4500 Riding Lawn Mower $450.00 Yard Machine 21" push mower $90.00 Craftsman 6.5 Mulcher push lawn mower $175.00 Bicycle $10.00 Tool Chest w/Tools - $0.00 Weight Machine $50.00 Exercise Bike $25.00 Exercise Bike $25.00 Eliptical Machine $20.00 Golf Clubs $250.00 TOTAL JOINT VALUE = $1,095.00 Dale's 1/2 value = $547.50; Imported from original petition Doc# 1 | 547.50 | 422.50 | | 422.50 | FA |
| 11  FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBB<br>Orig. Asset Memo: Orig. Description: nlyGolf Clubs; | 150.00 | 150.00 | | 150.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-21311  
**Case Name:** HINZE, DALE A.  

**Period Ending:** 09/12/13

**Trustee:** (670200) GARY A. BARNEY  
**Filed (f) or Converted (c):** 12/09/11 (f)  
**§341(a) Meeting Date:** 01/11/12  
**Claims Bar Date:** 03/11/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1 | | | | | |
| 12 | STOCK AND INTERESTS IN INCORPORATED AND UNINCORP<br>  Orig. Asset Memo: Orig. Description: 12.5% Red Eagle Oil Inc. 25% Red Eagle L.L.C. 25% S.A.H. Inc. 25% WY-Mont Investment Company, LLC 25% Q&H Inc. 25% 5-HS Inc. 25% Vandale, Inc. 25% DMV Inc. 25% Hinze Brothers, LLC 25% Red Eagle Gaming, LLC 25% DAH-SAH, LLC 25% FFNR, LLC 25% H Development 25% H1, LLC 25% H2, LLC 25% H3, LLC 25% H4, LLC; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 13 | STOCK AND INTERESTS IN INCORPORATED AND UNINCORP<br>  Orig. Asset Memo: Orig. Description: 50% Judale, LLC; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 14 | ACCOUNTS RECEIVABLE.<br>  Orig. Asset Memo: Orig. Description: Loan to Red Eagle Oil, Inc.; Imported from original petition Doc# 1 | 110,000.00 | 0.00 | | 0.00 | FA |
| 15 | OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TA<br>  Orig. Asset Memo: Orig. Description: 2011 Federal Income Tax Refund; Imported from original petition Doc# 1 | 0.00 | 2,294.76 | | 2,151.18 | FA |
| 16 | OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TA<br>  Orig. Asset Memo: Orig. Description: 2011 Montana State Tax Refund; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 17 | AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES<br>  Orig. Asset Memo: Orig. Description: Golf Cart; Imported from original petition Doc# 1 | 950.00 | 0.00 | | 0.00 | FA |
| 18 | ANIMALS.<br>  Orig. Asset Memo: Orig. Description: 2 dogs; | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-21311  **Trustee:** (670200) GARY A. BARNEY
**Case Name:** HINZE, DALE A.  **Filed (f) or Converted (c):** 12/09/11 (f)
  **§341(a) Meeting Date:** 01/11/12
**Period Ending:** 09/12/13  **Claims Bar Date:** 03/11/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Imported from original petition Doc# 1 | | | | | |
| 19 | NON EXEMPT WAGES (u) NON EXEMPT WAGES | 0.00 | 283.19 | | 283.19 | FA |
| 19 | **Assets Totals** (Excluding unknown values) | **$445,864.49** | **$3,552.95** | | **$3,409.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** May 21, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-21311  
**Case Name:** HINZE, DALE A.  
**Taxpayer ID #:** **-***2882  
**Period Ending:** 09/12/13  

**Trustee:** GARY A. BARNEY (670200)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-66 - Checking Account  
**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                              Printed: 09/12/2013 02:17 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-21311  
**Case Name:** HINZE, DALE A.  
**Taxpayer ID #:** **-***2882  
**Period Ending:** 09/12/13  

**Trustee:** GARY A. BARNEY (670200)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-67 - Checking Account  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/10/12 | | UNITED STATES TREASURY | 3151 55283416~TAX RETURN ~SUMS DUE ESTATE | | | 2,294.76 | | 2,294.76 |
| | {15} | | Debtor's portion of 2012 tax refund | 2,151.18 | 1124-000 | | | 2,294.76 |
| | {19} | | NON EXEMPT WAGES | 143.58 | 1229-000 | | | 2,294.76 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,269.76 |
| 11/20/12 | | DALE HINZE | SUMS DUE ESTATE | | | 1,114.61 | | 3,384.37 |
| | {19} | | NON EXEMPT WAGES | 139.61 | 1229-000 | | | 3,384.37 |
| | {6} | | HOUSEHOLD GOODS AND FURNISHINGS | 402.50 | 1129-000 | | | 3,384.37 |
| | {10} | | FIREARMS | 422.50 | 1129-000 | | | 3,384.37 |
| | {11} | | FIREARMS AND SPORTING GOODS | 150.00 | 1129-000 | | | 3,384.37 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,359.37 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001067020088 20121227 | | 9999-000 | | 3,359.37 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,409.37 | 3,409.37 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,359.37 | |
| **Subtotal** | **3,409.37** | **50.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,409.37** | **$50.00** | |

{} Asset reference(s)   Printed: 09/12/2013 02:17 PM   V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 11-21311 | | Trustee: | GARY A. BARNEY (670200) |
|---|---|---|---|---|
| Case Name: | HINZE, DALE A. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****308767 - Checking Account |
| Taxpayer ID #: | **-***2882 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 09/12/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,359.37 | | 3,359.37 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,349.37 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,339.37 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,329.37 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,319.37 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,309.37 |
| 07/17/13 | 10101 | AXIS CAPITAL, INC. | Dividend paid 0.07% on $67,828.45; Claim# 1; Filed: $67,828.45; Reference: | 7100-000 | | 50.14 | 3,259.23 |
| 07/17/13 | 10102 | EXXONMOBIL OIL CORPORATION | Dividend paid 0.07% on $1,128,361.00; Claim# 5; Filed: $1,128,361.00; Reference: | 7100-000 | | 834.02 | 2,425.21 |
| 07/17/13 | 10103 | CHS, INC. | Dividend paid 0.07% on $1,250,600.57; Claim# 6; Filed: $1,250,600.57; Reference: | 7100-000 | | 924.37 | 1,500.84 |
| 07/17/13 | 10104 | US BANK NA DBA US BANK EQUIPMENT FINANCE | Dividend paid 0.07% on $107,882.23; Claim# 9U; Filed: $107,882.23; Reference: | 7100-000 | | 79.74 | 1,421.10 |
| 07/17/13 | 10105 | YAHOOZEZ, INC. | Dividend paid 0.07% on $9,922.09; Claim# 10; Filed: $9,922.09; Reference: | 7100-000 | | 7.33 | 1,413.77 |
| 07/17/13 | 10106 | CAT COMMERCIAL ACCT | Dividend paid 0.07% on $22,989.59; Claim# 13; Filed: $22,989.59; Reference: | 7100-000 | | 16.99 | 1,396.78 |
| 07/17/13 | 10107 | EQUITABLE OIL PURCHASING | Dividend paid 0.07% on $156,011.13; Claim# 14; Filed: $156,011.13; Reference: | 7100-000 | | 115.31 | 1,281.47 |
| 07/17/13 | 10108 | GARY A. BARNEY | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,057.56 | 223.91 |
| | | | Dividend paid 100.00%   852.34 on $852.34;  Claim# ; Filed: $852.34 | 2100-000 | | | 223.91 |
| | | | Dividend paid 100.00%   205.22 on $205.22;  Claim# ; Filed: $205.22 | 2200-000 | | | 223.91 |
| 07/17/13 | 10109 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 1.50 | 222.41 |
| | | | Dividend paid 0.07% on   0.52 $699.16;  Claim# 11; Filed: $699.16 | 7100-000 | | | 222.41 |
| | | | Dividend paid 0.07% on   0.98 $1,324.63;  Claim# 12; Filed: $1,324.63 | 7100-000 | | | 222.41 |
| 07/17/13 | 10110 | WELLS FARGO BANK, N.A. | Combined Check for Claims#3,4 | | | 222.41 | 0.00 |

Subtotals : $3,359.37 $3,359.37

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 11-21311 | | **Trustee:** | GARY A. BARNEY (670200) |
|---|---|---|---|---|
| **Case Name:** | HINZE, DALE A. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****308767 - Checking Account |
| **Taxpayer ID #:** | **-***2882 | | **Blanket Bond:** | $77,173,558.00  (per case limit) |
| **Period Ending:** | 09/12/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid   0.07% on        149.00<br>$201,590.80;  Claim# 3;<br>Filed: $201,590.80 | 7100-000 | | | 0.00 |
| | | | Dividend paid   0.07% on         73.41<br>$99,315.00;  Claim# 4;<br>Filed: $99,315.00 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,359.37 | 3,359.37 | **$0.00** |
| | | | Less: Bank Transfers | | 3,359.37 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,359.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,359.37** | |

```
Net Receipts :         3,409.37
                    _____
Net Estate :          $3,409.37
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******63-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******63-67** | 3,409.37 | 50.00 | 0.00 |
| **Checking # ****308767** | 0.00 | 3,359.37 | 0.00 |
| | **$3,409.37** | **$3,409.37** | **$0.00** |